

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-17-00205-CV
_____

TIMOTHY RAY COVIL, APPELLANT

V.

PAMELA L. COVIL, APPELLEE

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 33,157; Honorable Phil N. Vanderpool, Presiding

July 27, 2017

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Proceeding *pro se* and *in forma pauperis*, Appellant, Timothy Ray Covil, filed a notice of appeal from the trial court's final judgment awarding Appellee, Pamela L. Covil, contractual alimony pursuant to a separation and property settlement agreement. After perfecting this appeal but before the appellate record is due to be filed, Mr. Covil filed in the trial court his request to "drop the pending appeal." The request, which is signed by

Mr. Covil, was forwarded to this court by the Gray County District Clerk.  We deem the document as being filed in this court and grant Mr. Covil the requested relief.  Without passing on the merits of the case, this appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at Mr. Covil's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam